THE HOUSING AUTHORITY OF THE CITY OF WEST PALM BEACH, FLORIDA, for the use and benefit of CHARLES GILLER, v. WATT & SINCLAIR OF FLORIDA, INC., a Florida Corporation, and GLOBE INDEMNITY COMPANY, a New York Corporation authorized to do business in Florida.

23 So. (2nd) 91                                    June Term, 1945
July 17, 1945                                         Division A
Rehearing denied Sept. 10, 1945.

O. S. Miller, for appellant.

Alley, Drew, Burns & Middleton, for appellee.

PER CURIAM:

This is an appeal from an order granting a new trial. We have duly considered the record and find no reversible error. The judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.